### BESSIE DYETT v. J. H. RUSSELL DYETT

| | |
|---|---|
| 29 So. (2nd) 210 | June Term, 1946 |
| October 22, 1946 | Division A |
| Rehearing Denied January 27, 1947 | |

Affirmed.

### IN RE: THE ESTATE OF IDA MAE RILEY, Deceased

| | |
|---|---|
| 28 So. (2nd) 440 | June Term, 1946 |
| October 25, 1946 | Special Division B |

Affirmed.

### LOTTIE E. TANNER, MELVIN PIERRE TANNER, and ORRY JUDSON TANNER, JR., v. VERNON C. HILL, GEORGE E MAYER and GLADYS CHRISTINE HILL.

| | |
|---|---|
| 28 So. (2nd) 440 | June Term, 1946 |
| November 5, 1946 | Division B |

Affirmed.

### MYRTLE M. PHILLIPS v. DAVID PHILLIPS

| | |
|---|---|
| 28 So. (2nd) 440 | June Term, 1946 |
| November 8, 1946 | Division A |

Affirmed.

### IRENE A. HELMLY v. CHARLES F. HELMLY

| | |
|---|---|
| 28 So. (2nd) 440 | June Term, 1946 |
| November 8, 1946 | Division A |

Affirmed.

### JAMES WILLIAMS v. STATE OF FLORIDA

| | |
|---|---|
| 28 So. (2nd) 700 | June Term, 1946 |
| November 30, 1946 | Special Division B |

Affirmed.

### CLARA FORMAN v. BERL FORMAN

| | |
|---|---|
| 28 So. (2nd) 700 | June Term, 1946 |
| December 3, 1946 | Division A |

Affirmed.